# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2301
LT Case No. 2009-CF-5289

_____

ROBERT LEE TUGGERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Robert Lee Tuggerson, Monticello, pro se.

No Appearance for Appellee.


October 24, 2023


PER CURIAM.

AFFIRMED.


SOUD, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____